UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

IN RE:

**SHIRLEY A. KERSH**                                  Case No.: **13-13481**
                                                     Chapter 13

                Debtor.

## LINE CORRECTING ADDRESS OF DEBTOR

COMES NOW Debtor, SHIRLEY A. KERSH, by and through her undersigned counsel, Kimberly D. Marshall, and requests that her address be corrected as follows:

SHIRLEY A. KERSH

954 CHANDLER COURT

WALDORF, MARYLAND 20602


                Respectfully submitted

                /s/ Kimberly D. Marshall
                Kimberly D. Marshall
                603 Post Office Road
                Suite 209
                Waldorf, Maryland 20602
                (301) 893-2311
                somdbankruptcy@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2016, a copy of the foregoing Line was mailed first class, postage prepaid, to: Nancy Spencer Grigbsy, Chapter 13 Trustee, 4201, Mitchellville Road, Suite 401, Bowie, Maryland 20716; and Office of the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland 20718.


                /s/ Kimberly D. Marshall
                Kimberly D. Marshall